UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
IN RE: WORLD TRADE CENTER LOWER         :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                                  :    ELECTRONICALLY FILED
                                                                  :
------------------------------------------------------------------x
NESTOR BANDA (AND WIFE, GEORGINA        :
BANDA),                                                               Case No.: 06CV14484 (AKH)
                                                                  :
       Plaintiffs,                      **NOTICE OF ADOPTION OF**
  v.                                            :    **MASTER ANSWER BY**
                                                                       **DEFENDANT JPMORGAN**
222 BROADWAY, LLC, ET. AL.,                :    **CHASE BANK N.A.**

       Defendants.
------------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated: New York, New York
       September 14, 2007

                                        SATTERLEE STEPHENS BURKE & BURKE LLP

                                        By: /s/James J. Coster_____
                                            James J. Coster (JC-1431)

705391_1

        230 Park Avenue
        New York, New York 10169
        Tel.: (212) 818-9200
        Fax: (212) 818-9606
        Attorneys for Defendant
        JPMorgan Chase Bank N.A.

TO:    Gregory J. Cannata, Esq.
        Law Office of Gregory J. Cannata
        233 Broadway
        New York, NY 10279

        Robert Grochow, Esq.
        Law Office of Robert Grochow
        233 Broadway
        New York, NY 10279

        Christopher LoPalo, Esq.
        Worby Groner Edelman Napoli and Bern
        115 Broadway, 12th Floor
        New York, New York 10006