UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                                                                  :

IN RE: WORLD TRADE CENTER LOWER  :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                          :    ELECTRONICALLY FILED
                                                          :

------------------------------------------------------------------x
NESTOR BANDA (AND WIFE, GEORGINA  :
BANDA),                                               Case No.: 06CV14484 (AKH)
                                                 :
         Plaintiff,                      **NOTICE OF ADOPTION OF**
    v.                                   :    **MASTER ANSWER BY**
                                                                 **DEFENDANT JPMORGAN**
222 BROADWAY, LLC, ET. AL.,            :    **CHASE BANK N.A.**

         Defendants.
------------------------------------------------------------------x

       PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated:  New York, New York
         December 14, 2007

                                        SATTERLEE STEPHENS BURKE & BURKE LLP

                                        By:  /s/James J. Coster_____
                                               James J. Coster (JC-1431)

714208_1

                                                        230 Park Avenue
                                                        New York, New York 10169
                                                        Tel.: (212) 818-9200
                                                        Fax: (212) 818-9606
                                                        Attorneys for Defendant
                                                        JPMorgan Chase Bank N.A.

TO:    Gregory J. Cannata, Esq.
           Law Office of Gregory J. Cannata
           233 Broadway
           New York, NY 10279

           Robert Grochow, Esq.
           Law Office of Robert Grochow
           233 Broadway
           New York, NY 10279

           Christopher LoPalo, Esq.
           Worby Groner Edelman Napoli and Bern
           115 Broadway, 12th Floor
           New York, New York 10006